UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MONIQUE LE, an individual, | ) No.<br>)<br>) King County Superior Court |
| Plaintiff, | ) Cause No. 12-2-22571-1SEA<br>) |
| vs. | ) NOTICE OF REMOVAL OF ACTION<br>) UNDER 28 U.S.C. § 1441(a) (FEDERAL |
| THOMAS BURNS, WILLIAM ROBERTSON, JAMES NORTON, individually and in his official capacity, THE SEATTLE POLICE DEPARTMENT, a municipal corporation, and THE CITY OF SEATTLE, a municipal entity and political subdivision of the state of Washington, | ) QUESTION)<br>)<br>) **JURY DEMAND REQUESTED**<br>)<br>)<br>)<br>)<br>) |
| THE KING COUNTY DEPARTMENT OF ADULT DETENTION (King County Jail), and KING COUNTY, a county entity and political subdivision of the State of Washington, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

TO: THE UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON, AT SEATTLE:

Defendants Thomas Burns, William Robertson, James Norton, Seattle Police Department and City of Seattle hereby gives notice that they are removing this case to the United States District Court for the Western District of Washington on the grounds set forth below.

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (FEDERAL QUESTION) - 1

**Peter S. Holmes**
Seattle City Attorney
600 Fourth Avenue, 4th Floor
PO Box 94769
Seattle, WA 98124-4769
(206) 684-8200

1. On June 29, 2012, a complaint in the above-captioned case was filed by plaintiff against defendants Thomas Burns, William Robertson, James Norton, Seattle Police Department and City of Seattle in King County Superior Court under Cause No. 12-2-22571-1SEA. *See* Exhibit 1 attached to the Verification of State Court Records.

2. The matter was assigned to The Honorable Julie Spector and the Court issued a case scheduling order. *See* Exhibit 2 attached to the Verification of State Court Records.

3. The Case Information Cover Sheet and Area Designation filed by plaintiff on June 29, 2012 is attached as Exhibit 3 to the Verification of State Court Records.

4. On June 29, 2012 plaintiff filed a Summons to each individually-named defendant. *See* Exhibits 4 – 8 attached to the Verification of State Court Records.

5. On July 12, 2012, defendants Thomas Burns, William Robertson, James Norton, Seattle Police Department and City of Seattle filed a Notice of Appearance. *See* Exhibit 9 attached to the Verification of State Court Records.

6. A copy of the King County Superior Court docket is attached as Exhibit 10 to the Verification of State Court Records.

7. The Seattle Police Department is an agency of the City of Seattle, but not a proper party to this litigation.

8. Upon information and belief, there have been no further proceedings in this action.

9. Under the express terms of the Complaint, plaintiff alleges Constitutional claims including claims for civil rights violations under 42 U.S.C. § 1981 and § 1983.

10. The claims for a violation of 42 U.S.C. § 1981 and § 1983 arise under and are controlled by the laws and the Constitution of the United States and therefore fall within the

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (FEDERAL QUESTION) - 2

**Peter S. Holmes**
Seattle City Attorney
600 Fourth Avenue, 4th Floor
PO Box 94769
Seattle, WA 98124-4769
(206) 684-8200

original jurisdiction of the United States District Court. *See* 28 U.S.C. §§ 1331, 1343 and 1441(a). The entire case may be removed to the United States District Court for determination of all issues. *See* 28 U.S.C. § 1441(c).

11. All served defendants have joined in this removal. Although this notice of removal is being filed by the City defendants, the King County defendants join in the removal. Defendants Thomas Burns, William Robertson, James Norton, Seattle Police Department and City of Seattle have filed this Notice of Removal within thirty (30) days after receipt through service or otherwise, of a copy of plaintiff's Complaint. *See* 28 U.S.C. § 1446(b).

12. This Court is the district court of the United States for the district and division embracing the place where the state court action is currently pending. *See* 28 U.S.C. § 1441(a).

WHEREFORE, defendants Thomas Burns, William Robertson, James Norton, Seattle Police Department and City of Seattle hereby gives notice that the civil action in King County Superior Court, State of Washington has been removed from that Court to the United States District Court for the Western District of Washington at Seattle.

**JURY DEMAND**

Pursuant to Fed. R. Civ. P. 38(b), defendants Thomas Burns, William Robertson, James Norton, Seattle Police Department and City of Seattle hereby demand a trial by jury of all issues so triable as raised herein or which hereinafter may be raised in this action.

DATED this 23rd day of July, 2012.

> PETER S. HOLMES
> Seattle City Attorney
>
> By:   s/Brian G. Maxey
> By:   s/Sarah K. Morehead
>
> Brian G. Maxey, #33279

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (FEDERAL QUESTION) - 3

**Peter S. Holmes**
Seattle City Attorney
600 Fourth Avenue, 4th Floor
PO Box 94769
Seattle, WA 98124-4769
(206) 684-8200

|   |   |
|---|---|
| 1 | |
| 2 | Sarah K. Morehead, #29680 |
|   | Assistant City Attorneys |
|   | Seattle City Attorney's Office |
|   | PO Box 94769 |
|   | Seattle, WA  98124-4769 |
|   | Ph:  (206) 684-8200 |
|   | Fax:  (206) 684-8284 |
|   | E-mail:  brian.maxey@seattle.gov |
|   |              sarah.morehead@seattle.gov |
|   | |
|   | Attorneys for Defendants |
|   | Thomas Burns, William Robertson, James Norton, |
|   | Seattle Police Department and City of Seattle |

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (FEDERAL QUESTION) - 4

**Peter S. Holmes**
Seattle City Attorney
600 Fourth Avenue, 4th Floor
PO Box 94769
Seattle, WA 98124-4769
 (206) 684-8200